# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAN TU TRINH,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| U.S. DEPARTMENT OF EDUCATION,<br>　　　　Defendant. | NO. 18-1668 |

## O R D E R

**AND NOW**, this 29th day of May, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 13), further briefing in support thereof (ECF No. 15), and Plaintiff's responses in opposition thereto (ECF Nos. 14, 16), **IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　 /s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**